UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEVIN J. ROBINSON, | ) |
|     Petitioner | ) |
| v. | ) CIVIL NO. 1:24-cv-00334-JAW |
| STATE OF MAINE, | ) |
|     Respondent | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming Recommended Decision Over Objection entered by U.S. District Judge, John A. Woodcock, Jr. on July 17, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By: /s/ Michelle Thibodeau
Deputy Clerk

Dated: July 18, 2025